

ORIGINAL

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA MARCICANO, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC, a business entity, form unknown; and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No. 2:06-cv-08146 VBF (MANx)<br><br>**JUDGMENT**<br>**(proposed)**<br><br>[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, Separate Statement of Uncontroverted Facts, Declaration of Donald E. Bradley, and Proposed Statement of Decision]<br><br>Date:    March 3, 2008<br>Time:    1:30 p.m.<br>Courtroom: 9<br>Judge: Valerie Baker Fairbank<br><br>Motion Cut-Off Date: 3/3/08<br>Final Pre-Trial Conference: 3/24/08<br>Trial Date: 4/8/08 |

    The Motion of Defendant Trans Union LLC pursuant to Federal Rule of Civil Procedure 56(b) for an order directing entry of summary judgment in favor of Trans Union and against Plaintiff came on regularly for hearing before this Court on 3/3/08, the Honorable Valerie Baker Fairbank, Judge presiding.

    Trans Union's Motion for Summary Judgment was granted, on the grounds that there is no genuine issue of material fact and Trans Union is entitled to judgment as a matter of law.

568156.1

**JUDGMENT**

1  IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Alma
2  Marcicano, shall take nothing by way of her complaint; that judgment is hereby
3  entered in favor of defendant, Trans Union LLC; and that Trans Union LLC recover
4  costs herein incurred.

Dated: Mar 3, 2008

_____
Judge of the U.S. District Court

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

568156.1

2
**JUDGMENT**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

     I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On February 8, 2008, I served the foregoing document(s) described as **JUDGMENT** on the interested parties in this action as follows:
    **See Attached List**

☐   **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☐   **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☒   **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☐   **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐   **BY EMAIL.** I emailed such documents to the addressees at their email addresses on the attached list.

    Executed on February 8, 2008, at Costa Mesa, California.

☒   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                        Lori Waters /S/
                                                        Lori Waters

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

568156.1

## SERVICE LIST

| | |
|---|---|
| Alma Marcicano<br>10125 Desoto Ave., No. 3<br>Chatsworth, CA 91311 | Alma Marcicano<br>36022 Marquis Ct.<br>Santa Clarita, CA 91350 |